## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| ZOOM PROPERTY GROUP, LLC ) | |
| ) | Case No. 10-35129 |
| Debtor. ) | |
| ) | Hon. John H. Squires |
| ) | |

### FINAL REPORT AND SCHEDULE OF POST-PETITION DEBTS

*I.   SCHEDULE OF POST-PETITION DEBTS*

| Payee | Address | Amount |
|---|---|---|
| DiMonte & Lizak, LLC | 216 W. Higgins Road<br>Park Ridge, IL 60068 | $108,553.33 |
| William Bazianos<br>Attorney at Law | 55 W. Monroe Street #600<br>Chicago, IL 60603 | $20,000.00<br>(approximate) |
| Stella Rock Management LLC | 1842 Stewart Avenue<br>Des Plaines, IL 60018 | $5,621.37 |
| Chicago Water Department | P.O. Box 6330<br>Chicago, IL 60680 | $2,195.32 |
| **Total** | | **$136,370.02** |

[See next page for Final Report.]

## *II.*   *FINAL REPORT*

Zoom Property Group, LLC owned real estate or a beneficial interest in real estate in certain condominiums, multi-unit buildings and single family homes. Three lenders have secured interests in the various properties.

a) Standard Bank & Trust -
A compilation of all rents received and expenses for the Standard Bank properties is attached hereto and incorporated herein as **Exhibit A**. The only properties remaining are 6135 S. Evans and 8448 S. Exchange.

b) Diamond Bank -
A compilation of all rents received and expenses for the Diamond Bank properties is attached hereto and incorporated herein as **Exhibit B**. Of the list, 6611 S. Ellis and 6613 S. Ellis are Sold. Additionally, Zoom owns interests in the following properties and which generated no funds: 5110 S. Calumet, 255 W. 104th Place, 7302 S. Langley and 7819 S. Kingston.

c) United Central Bank -
United Central Bank modified the automatic stay on its collateral, a vacant parcel of property located at 5800 S. Artesian Avenue, Chicago, IL.